IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 6 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| FERNANDO HERNANDEZ | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-167 |
| | § | |
| UNITED STATES OF AMERICA | § | |

### ORDER

The above entitled and numbered cause was filed on August 30, 2002. A review of the file reflects that no service was ever requested.

Unless service is effected on or before November 19, 2002, it will be recommended by the undersigned that this case be administratively dismissed.

DONE at Brownsville, Texas, this 6th day of November, 2002.

John Wm. Black
United States Magistrate Judge