US Attorney - Houston

## RETURN OF SERVICE

CA B-02-167

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

④

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

United States District Court
Southern District of Texas
FILED

☐ Returned unexecuted: _____

DEC 10 2002

Michael N. Milby
Clerk of Court

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
CIVIL PROCESS CLERK
UNITED STATES ATTORNEY'S OFFICE
P.O. BOX 61129
HOUSTON, TX 77208

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly): _____  B. Date of Delivery: 11-15-2
C. Signature: X Daniel Lumo  ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No

RECEIVED DEC 04 2002

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Insured Mail  ☐ Return Receipt for Merchandise
☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
7099-3220-0006-2779-4357

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

TOTAL

...tates of America that the foregoing
...e Fees is true and correct.

---

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
MICHAEL SHELBY
UNITED STATES ATTORNEY
910 TRAVIS, SUITE 1500
P.O. BOX 61129
HOUSTON, TX 77208

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly): _____  B. Date of Delivery: 11/19/2
C. Signature: X _____  ☒ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
7099-3220-0006-2779-4135

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

02 DEC 10 PM 1:39
MICHAEL N. MILBY, CLERK
SOUTHERN DISTRICT
FILED