IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED
MAY 2 3 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| FERNANDO HERNANDEZ,<br>Plaintiff, | § § § |
| VS. | § § |
| UNITED STATES OF AMERICA,<br>Defendant. | § § § |

CIVIL ACTION NO. B-02-167

## ORDER

The above entitled and numbered cause was filed on August 30, 2002. An order (Docket No. 6) was issued on November 6, 2002, ordering Plaintiff, Hernandez, to effect service on or before November 19, 2002.

A summons was issued November 7, 2002, and Return of Service executed as to the United States Attorney on November 19, 2002. Answer by the United States was due on January 18, 2002.

IT IS hereby ORDERED that the United States file an answer on or before June 6, 2003.

DONE at Brownsville, Texas this 23rd day of May, 2003.

John Wm. Black
United States Magistrate Judge