# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

### ORDER

United States District Court
Southern District of Texas
ENTERED

MAY 2 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| FERNANDO HERNANDEZ | § § | |
| VS. | § § | CIVIL ACTION NO. B-02-167 |
| UNITED STATES OF AMERICA | § | |

TYPE OF CASE:     __X__ CIVIL                              ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

TYPE OF PROCEEDING:

**HEARING TO SHOW CAUSE WHY PETITION SHOULD NOT BE GRANTED**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**JUNE 17, 2003 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MAY 22, 2003

TO:     MR. LARRY WARNER
        MR. JAMES L. TURNER