# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 2 2003

Michael N. Milby
Clerk of Court

## ORDER

| | | |
|---|---|---|
| FERNANDO HERNANDEZ | § § | |
| VS. | § § | CIVIL ACTION NO. B-02-167 |
| UNITED STATES OF AMERICA | § § | |

United States District Court
Southern District of Texas
ENTERED

JUN 1 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

TYPE OF CASE:        __X__ CIVIL                    ____ CRIMINAL

TAKE NOTICE that the SHOW CAUSE HEARING (Docket No. 6) set for June 17, 2003 at 1:30 p.m. is hereby PASSED.

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JUNE 12, 2003

TO:     MR. LARRY WARNTER
        MS. KATHRYN G. SNYDER
        MR. JAMES L. TURNER

8