IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 3 0 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.# B-02-167 |
| | § | |
| FERNANDO HERNANDEZ | § | |

## NOTICE OF APPEAL

Fernando Hernandez, defendant, files this Notice of Appeal to the United States Court of Appeals for the Fifth Circuit from the Judgment entered date of July 17, 2003 DENYING HIS Motion to Vacate Sentence.

RESPECTFULLY SUBMITTED,
JULY 23, 2003

/s/ Larry Warner

LARRY WARNER
777 E. HARRISON STREET, 2ND FLOOR
BROWNSVILLE, TEXAS 78520
TEL#(956)542-4784
FAX# (956)544-5234
SBOT #20871500/USDC,SDTX # 1230
ATTORNEY FOR MOVANT/APPELLANT
FERNANDO HERNANDEZ

Page -1-

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.# B-02-167 |
| | § | |
| FERNANDO HERNANDEZ | § | |

## CERTIFICATE OF SERVICE

I certify that I mailed a true and correct copy of **NOTICE TO APPEAL** on the above referenced case to which this certificate is attached by U.S. Postal service to: James Turner, Assistant U.S. Attorney, P.O. Box 31129, Houston, Texas 77028 this July 23, 2003.

RESPECTFULLY SUBMITTED,
JULY 23, 2003

_____
LARRY WARNER
777 E. HARRISON STREET, 2ND FLOOR
BROWNSVILLE, TEXAS 78520
TEL#(956)542-4784
FAX# (956)544-5234
SBOT #20871500/USDC,SDTX # 1230
ATTORNEY FOR MOVANT/APPELLANT
FERNANDO HERNANDEZ