IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | § | |
| Respondent, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-02-167 |
| | § | |
| | § | |
| | § | |
| FERNANDO HERNANDEZ | § | |
| Petitioner | | |

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

Before this court is Fernando Hernandez who has filed a Notice of Appeal. Rule 22(b) of Federal Rule of Appellate Procedure requires Hernandez to first obtain a CERTIFICATE OF APPEALABILITY either from this court or the circuit court under the standard set forth in 28 U.S.C §2253(c). That section requires Hernandez to make a substantial showing of the denial of a federal right, meaning he must show that the issues presented are debatable among jurists of reason. See *Herman vs. Johnson, 98 F.3d 171, 174 (5th circ. 1996)* (stating standard for certificate of probable cause). The court has heretofore reviewed Hernandez' claims and continues to be of the opinion that they do not present any issues that are debatable among jurists of reason. Therefore, the CERTIFICATE OF APPEALABILITY is DENIED.

SO ORDERED.

Signed this 8 day of Sep, 2003.

The Honorable Filemon B. Vela
United States District Judge