United States District Court
Southern District of Texas
FILED

JAN 0 2 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-41072
USDC Nos. B-02-CV-167
B-00-CR-3-ALL
_____

U.S. COURT OF APPEALS
F I L E D

DEC 23 2003

CHARLES R. FULBRUGE III
CLERK

UNITED STATES OF AMERICA,

                                   Plaintiff-Appellee,

versus

FERNANDO HERNANDEZ,

                                   Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
--------------------

O R D E R:

     Fernando Hernandez, federal prisoner # 92243-079, requests a
certificate of appealability (COA) to appeal the district court's
denial of his 28 U.S.C. § 2255 motion, wherein he challenged his
conviction of conspiracy to possess with intent to distribute
less than 50 kilograms of marijuana and possession with intent to
distribute approximately 37.27 kilograms of marijuana.  A COA is
not granted unless there is a substantial showing of the denial
of a constitutional right to the applicant for 28 U.S.C. § 2255
relief.  28 U.S.C. § 2253(c).  This standard requires a showing
"that reasonable jurists would find the district court's
assessment of the constitutional claims debatable or wrong."
Slack v. McDaniel, 529 U.S. 473, 484 (2000).

O R D E R
No. 03-41072
-2-

Hernandez has not made such a showing relative to his contention that he did not receive the effective assistance of counsel because counsel did not move to suppress his inculpatory statement and the marijuana and did not object to certain testimony as hearsay.   Therefore, Hernandez's application for a COA is DENIED.

W. EUGENE DAVIS
UNITED STATES CIRCUIT JUDGE

A true copy
Test

Clerk. U. S. Court of Appeals, Fifth Circuit

By _____
         Deputy

New Orleans, Louisiana    DEC 2 3 2003